```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **STEVE CLIFF (AIS #: 142970),** | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *  CIV ACTION NO.13-00246-WS-B |
| | * |
| **LT. BONNER,** *et al.,* | * |
| | * |
|     Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 13th day of June, 2013.

                                      **s/WILLIAM H. STEELE**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**