```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**STEVE CLIFF (AIS #: 142970),**   *

    **Plaintiff,**   *

**vs.**   *   CIV ACTION NO.13-00246-WS-B

**LT. BONNER,** *et al.,*   *

    **Defendants.**   *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 13th of June, 2013.

                                          **s/WILLIAM H. STEELE**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**